| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>2:99-55-02 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>05-10065 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Travis Rainer<br>34 Curtis Avenue<br>#R1<br>Marlboro, MA 01752 | DISTRICT<br><br>DISTRICT OF VERMONT | DIVISION<br><br>Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Hon. William K. Session III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/13/02 | TO<br>12/12/06 |

OFFENSE

Conspiracy to Distribute Cocaine and Heroin, 21 U.S.C. §§841(b)(1)(B); 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/2/05_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 14, 2005_
Effective Date

_William G. Young_
United States District Judge