✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TRAVIS RAINER<br>34 Curtis Avenue, R1<br>Marlboro, Mass. 01752 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:     05CR10065-RWZ |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 12, 5th Floor |
|---|---|
| Before:    The Honorable Rya W. Zobel, U.S.D.J. | Date and Time<br>6/29/05 2:30 p.m. |

To answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint    X   Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 3606 _____

Brief description of offense:

Violation of Conditions of Supervised Release.

_____       _____
Signature of Issuing Officer                      Date

Lisa A. Urso, Deputy Clerk
_____
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____

Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.