❊ₒAO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TRAVIS RAINER

**WARRANT FOR ARREST**

Case   05-10065-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __TRAVIS RAINER__
                                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X  Probation Violation Petition

charging him or her   (brief description of offense)

Failure of defendant from any unlawful use of a controlled substance.

in violation of ____18____ United States Code, Section(s) ____3606____

__LISA A. URSO__
Name of Issuing Officer

__Deputy Clerk__
Title of Issuing Officer

Signature of Issuing Officer

__12/8/05 Boston__
Date and Location

Bail fixed at $ _____ by _____
                                                                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

USMS Worcester, MA.

| DATE RECEIVED 12/13/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/14/05 | T Bezanson SDUSM | |