FID# 387526

AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____  District of  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TRAVIS RAINER

**WARRANT FOR ARREST**

Case  05-10065-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  TRAVIS RAINER
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  X Probation Violation Petition

charging him or her     (brief description of offense)

Failure of defendant from any unlawful use of a controlled substance.

in violation of _____ United States Code, Section(s) _____ 3606 _____

LISA A. URSO                              Deputy Clerk
Name of Issuing Officer                   Title of Issuing Officer

                                          12/8/05 Boston
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  12/14/2005

USMS D/MA Wok.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |