AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
**TRAVIS RAINER**

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1: 05 CR 10065 - 001 - RWZ

Oscar Cruz, Esquire
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) _1_ of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | Failure of defendant to refrain for unlawful use of controlled substances. | 11/28/05 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

12/20/05
Date of Imposition of Judgment

*Ryan Zobel* (signature)
The Honorable Rya W. Zobel
Signature of Judicial Officer

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-1971

Defendant's USM No.:

Defendant's Residence Address:
34 Curtis Avenue R1
Marlboro, MA 01752

Judge, U.S. District Court
Name & Title of Judicial Officer

12/20/05
Date

Defendant's Mailing Address:
Same as above

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:      1: 05 CR 10065    - 001 - RWZ               Judgment - Page 2 of 2
DEFENDANT:        TRAVIS RAINER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    5 month(s)

Defendant shall get credit for time served.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed at FMC Devens.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                                    By _____
                                                       Deputy U.S. Marshal